UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-80004-CR-MIDDLEBROOKS

**UNITED STATES OF AMERICA,**
  Plaintiff,

vs.

**SAUL ACUNA ACOSTA,**
  Defendants.
_____/

**NOTICE OF APPEARANCE**

  **Comes Now**, Michael Walsh, on behalf of Maria Elena Perez and hereby enters his appearance as counsel of record for Maria Elena Perez. The Clerk of this Court is hereby requested to furnish all future pleadings and/or correspondence pertaining to this cause to the undersigned.

               Respectfully submitted,

               Michael D. Walsh, P.A.
               DOWNTOWN LEGAL CENTER
               46 Northeast 6th Street
               Miami, FL. 33132
               Tel: (305) 444-7700 Fax: (305) 441-1423

             By: /S/ MICHAEL WALSH
               Michael Walsh
               FL Bar No.: 0172138