UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80004-CR-MIDDLEBROOKS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SAUL ACUNA ACOSTA, ) | **NOTICE OF APPEAL** |
| ) | |
| Defendant. ) | |
| _____/ | |

Come now, MARIA ELENA PEREZ, by and through undersigned counsel, hereby files this Notice of Appeal from the Order rendered against her on the 18th day of February, 2010.

MARIA ELENA PEREZ therefore appeals to the United States Court of Appeals for the Eleventh Circuit from the above-stated Order, and from every part and the whole thereof does this defendant appeal.

Respectfully Submitted,

S/ *Maria Elena Pérez*
MARIA ELENA PÉREZ
Florida Bar No. 0487910
MARIA ELENA PÉREZ, P.A.
145 Madeira, Suite 310
Coral Gables, Florida 33134
Tel.: (305) 461-3100
Fax: (305) 461-3444

- 2 -

## UNITED STATES OF AMERICA v. SAUL ACUNA ACOSTA

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appeal was furnished to the Clerk of Court, via EM/ECF, this 16th day of April, 2010.

Respectfully Submitted,

S/ *Maria Elena Pérez*
MARIA ELENA PÉREZ
Florida Bar No. 0487910
MARIA ELENA PÉREZ, P.A.
145 Madeira, Suite 310
Coral Gables, Florida 33134
Tel.: (305) 461-3100
Fax: (305) 461-3444

MARIA ELENA PÈREZ P.A.
145 MADEIRA AVENUE • SUITE 310 • CORAL GABLES, FLORIDA 33134
TEL. (305) 461-3100 • FAX (305) 461-3444

- 2 -